## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**NORTHEND INVESTORS, LLC,**

     **Plaintiff,**

**v.**                                      **No. 1:16-cv-01137-STA-egb**
                                               **JURY DEMANDED**

**SOUTHERN TRUST INSURANCE
COMPANY,**

     **Defendant.**

---

### JOINT STIPULATION OF DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that all matters in controversy have been resolved by way of settlement and this case shall , be voluntarily DISMISSED WITH PREJUDICE.  Each party shall bear its own attorneys' fees, court costs, and discretionary costs.

Respectfully submitted,

**GILBERT RUSSELL McWHERTER
SCOTT BOBBITT PLC**

*s/ Clinton H. Scott*
CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
cscott@gilbertfirm.com

J. BRANDON McWHERTER #21600
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee 37067
Telephone:   (615) 354-1144
bmcwherter@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

**HICKMAN GOZA & SPRAGINS, PLLC**

*s/ Dawn Davis Carson*
DAWN DAVIS CARSON #21416
dcarson@hickmanlaw.com
HAL S. SPRAGINS, JR. #30360
hspragins@hickmanlaw.com
P.O. Box 16340
Memphis, Tennessee  38186
Telephone:  (901) 881-9840

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 22nd day of August, 2017.

*s/ Dawn Davis Carson*

2