# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**NORTHEND INVESTORS, LLC,**

    Plaintiff,

v.                                                                **No. 1:16-cv-01137-STA-egb**
                                                                                 **JURY DEMANDED**

**SOUTHERN TRUST INSURANCE COMPANY,**

    **Defendant.**

## ORDER OF DISMISSAL

The parties to this action have filed a Joint Stipulation of Dismissal with Prejudice in the above-captioned case. As a result, pursuant to Fed. R. Civ. P. 41, this case is DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees, court costs, and discretionary costs. The Court directs the Clerk to close this case.

It is so ORDERED.

                                                          s/ S. Thomas Anderson
                                                          S. THOMAS ANDERSON
                                                          CHIEF UNITED STATES DISTRICT JUDGE

                                                          Date:   August 22, 2017

APPROVED FOR ENTRY BY:

**GILBER McWHERTER SCOTT BOBBITT PLC**

*s/ Clinton H. Scott*
CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
cscott@gilbertfirm.com

J. BRANDON McWHERTER #21600
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee 37067
Telephone:   (615) 354-1144
bmcwherter@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

**HICKMAN GOZA & SPRAGINS, PLLC**

*s/ Dawn Davis Carson*
DAWN DAVIS CARSON #21416
dcarson@hickmanlaw.com
HAL S. SPRAGINS, JR. #30360
hspragins@hickmanlaw.com
P.O. Box 16340
Memphis, Tennessee   38186
Telephone:   (901) 881-9840

*ATTORNEYS FOR DEFENDANT*