UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **NORTHEND INVESTORS, LLC,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **SOUTHERN TRUST COMPANY,** | |
| | CASE NO: 16-1137-STA-egb |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on August 22, 2017, this cause is hereby **DISMISSED** with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/22/2017                    THOMAS M. GOULD
                                   Clerk of Court

                                   s/Maurice B. BRYSON
                                   (By) Deputy Clerk